**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Harvey Lee MOXLEY, a/k/a Sandy,
Defendant–Appellant.**

No. 09–6402.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 10, 2010.

Decided: July 2, 2010.

Harvey Lee Moxley, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Robert Jack Higdon, Jr., Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey Lee Moxley appeals the district court's order granting in part his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), which sought a reduction in sentence based upon the amendments to the crack cocaine sentencing guidelines. We have reviewed the record and find no re-versible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Moxley,* No. 5:98–cr–00068–RLV–8 (W.D.N.C. Feb. 6, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*